

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00541-CV

Richard **LARES**,
Appellant

v.

Karina **GUEVARA**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12518
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is REINSTATED on the active docket of the court. The trial court's judgment is VACATED, and the case is REMANDED to the trial court for further proceedings consistent with our opinion. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED October 28, 2020.

Luz Elena D. Chapa, Justice